AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2006

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Collyer, Rosemary M | 2. Court or Organization<br><br>District Court - Washington DC | 3. Date of Report<br><br>05/7/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Dist. Ct. Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>E Barrett Prettyman Courthouse<br>300 Constitution Avenue, NW<br>Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY 15 A 9: 39 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 05/7/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | National Human Services Assembly - Consultant |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]  NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. National Human Services Assembly | Reimbursement ███ for business travel throughout 2006 (airline, hotel & meals) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 05/7/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# FINANCIAL DISCLOSURE REPORT
Page 4 of 13

Name of Person Reporting

Collyer, Rosemary M

Date of Report

05/7/2007

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2.   - BRKA - Common Class A | | None | M | T | | | | | |
| 3.   - CMGI - Common | | None | | | Sell | 11/21 | J | A | |
| 4.   - GE - Common | B | Dividend | K | T | | | | | |
| 5.   - MDCI - Common | | None | K | T | | | | | |
| 6. | | | | | Partial Sale | 5/31 | J | D | |
| 7. | | | | | Partial Sale | 6/1 | J | B | |
| 8.   - MSFT - Common | A | Dividend | K | T | | | | | |
| 9.   - NPSP - Common | | None | | | Sell | 12/1 | J | A | |
| 10.   - MD Gen Obl Muni Bonds (10/15/11) | B | Interest | | | Redemption | 10/15 | K | A | |
| 11.   - Balto MD Const Pub Imp Muni Bonds | A | Interest | K | T | | | | | |
| 12.   - Schwab Cash Equivalent Accounts | C | Int./Div. | J | T | | | | | |
| 13.   - CDE - Common | | None | K | T | | | | | |
| 14.   - SIL - ADR | | None | | | Sell | 4/21 | K | A | |
| 15.   - DVY - Index Fund | C | Dividend | J | T | | | | | |
| 16. | | | | | Partial Sale | 9/16 | M | E | |
| 17.   - EWJ - Index Fund | | None | | | Sell | 1/23 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 05/7/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - NUVO - Common | | None | | | Sell | 1/5 | K | B | |
| 19.   - PAAS - ADR | | None | | | Partial Sale | 4/17 | J | C | |
| 20. | | | | | Sell | 4/21 | K | D | |
| 21.   - T - Common | C | Dividend | L | T | | | | | |
| 22.   - ALSK - Common | C | Dividend | | | Sell | 11/21 | L | E | |
| 23.   - SIL - Call Option Apr06 20 | | None | | | Exercised | 4/21 | J | B | |
| 24.   - T -Call Option Jan06 25 | | None | | | Expired | 1/21 | J | C | |
| 25.   - CZN - Common | B | Dividend | | | Sell | 11/21 | K | C | |
| 26.   - IWA - Common | C | Dividend | | | Sell | 11/20 | K | A | |
| 27.   - PAAS - Call Option Apr06 20 | | None | | | Exercised | 4/21 | J | B | |
| 28.   - WB - Common | B | Dividend | | | Sell | 5/31 | L | B | |
| 29.   - CDE - Call Option Sep06 7.5 | | None | | | Sell Short | 3/21 | J | | |
| 30. | | | | | Expired | 9/16 | J | B | |
| 31.   - DVY - Call Option Jul06 62 | | None | | | Sell Short | 6/2 | J | | |
| 32. | | | | | Buy to Close | 7/20 | J | B | |
| 33.   - DVY - Call Option Sep06 63 | | None | | | Sell Short | 7/25 | J | | |
| 34. | | | | | Expired | 9/16 | J | D | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 05/7/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - DNA - Common | | None | | | Buy | 8/2 | L | | |
| 36. | | | | | Sell | 11/29 | L | B | |
| 37. - IYK - Index Fund | A | Dividend | L | T | Buy | 8/30 | L | | |
| 38. - DOO - Index Fund | A | Dividend | L | T | Buy | 9/11 | L | | |
| 39. - DNL - Index Fund | A | Dividend | K | T | Buy | 9/11 | K | | |
| 40. - TRID - Common | | None | K | T | Buy | 12/7 | K | | |
| 41. - Anne Arundel County, MD Muni Bonds | A | Interest | K | T | Buy | 6/5 | K | | |
| 42. - Baltimore, MD Proj Muni Bonds | A | Interest | K | T | Buy | 6/5 | K | | |
| 43. - Maryland State Muni Bonds | B | Interest | L | T | Buy | 6/5 | L | | |
| 44. IRA #1 | E | Int./Div. | P1 | T | | | | | |
| 45. - Schwab Cash Equivalent Accounts | | | | | | | | | |
| 46. - NPSP - Common | | | | | Sell | 12/13 | J | A | |
| 47. - BRKB - Common Class B | | | | | | | | | |
| 48. - IDEV - Common | | | | | Sell | 9/6 | K | A | |
| 49. - UST Inflation Index Notes 3.375% TIPS | | | | | | | | | |
| 50. - UST Inflation Index Notes 3.625% TIPS | | | | | | | | | |
| 51. - GNVC - Common | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 05/7/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - INSP - Common | | | | | Sell | 5/5 | K | A | |
| 53.  - IYE - Index Fund | | | | | Partial Sale | 1/21 | K | C | |
| 54.  - IYE - Call Option Jan06 85 | | | | | Exercised | 1/21 | J | B | |
| 55.  - JAKK - Common | | | | | Sell | 8/29 | K | A | |
| 56.  - NEOL - Common | | | | | Sell | 12/13 | J | A | |
| 57.  - OVTI - Common | | | | | Sell | 1/23 | K | C | |
| 58.  - PGI - Common | | | | | Sell | 5/5 | K | A | |
| 59.  - RAI - Common | | | | | Sell | 1/20 | K | B | |
| 60.  - SNUS - Common | | | | | | | | | |
| 61. | | | | | Buy | 1/12 | K | | |
| 62.  - TYC - Common | | | | | Sell | 2/2 | K | A | |
| 63.  - UNTD - Common | | | | | Sell | 9/20 | K | A | |
| 64.  - UST - Common | | | | | | | | | |
| 65.  - KOSP - Common | | | | | Buy | 2/2 | K | | |
| 66. | | | | | Sell | 5/31 | K | A | |
| 67.  - KOSP - Call Option May06 55 | | | | | Sell Short | 2/2 | J | | |
| 68. | | | | | Expired | 5/20 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 05/7/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.    - CHKE - Common | | | | | Buy | 2/2 | K | | |
| 70. | | | | | Sell | 9/20 | K | A | |
| 71.    - ISSC - Common | | | | | Buy | 2/2 | K | | |
| 72. | | | | | Sell | 5/5 | K | B | |
| 73.    - MDCO - Common | | | | | Buy | 2/27 | L | | |
| 74. | | | | | Sell | 10/21 | K | A | |
| 75.    - MDCO - Call Option Jul06 22.5 | | | | | Sell Short | 3/1 | J | | |
| 76. | | | | | Expired | 7/21 | J | A | |
| 77.    - MDCO - Call Option Oct06 20 | | | | | Sell Short | 7/26 | J | | |
| 78. | | | | | Exercised | 10/21 | J | C | |
| 79.    - NPSP - Call Option Aug06 17.5 | | | | | Sell Short | 2/28 | J | | |
| 80. | | | | | Expired | 8/19 | J | B | |
| 81.    - IDEV - Call Option Jun06 7.5 | | | | | Sell Short | 3/1 | J | | |
| 82. | | | | | Expired | 6/16 | J | C | |
| 83.    - DNDN - Common | | | | | Buy | 8/2 | K | | |
| 84.    - PWEI - Common | | | | | Buy | 8/29 | K | | |
| 85.    - NUE - Common | | | | | Buy | 9/5 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 05/7/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - AEOS - Common | | | | | Buy | 9/5 | K | | |
| 87. | | | | | Sell | 12/1 | K | C | |
| 88. - BWLD - Common | | | | | Buy | 12/6 | L | | |
| 89. - CDTP - Common | | | | | Buy | 12/29 | K | | |
| 90. IRA #2 | D | Int./Div. | O | T | | | | | |
| 91. - BCRX - Common | | | | | Sell | 7/27 | K | D | |
| 92. - ELGX - Common | | | | | Sell | 4/10 | K | E | |
| 93. - ICOS - Common | | | | | Sell | 12/11 | K | A | |
| 94. - MTSX - ADR | | | | | Sell | 11/17 | J | A | |
| 95. - Schwab Cash Equivalent Accounts | | | | | | | | | |
| 96. - UST Inflation Index Notes 3.375% 1/15/12 TIPS | | | | | | | | | |
| 97. - ALTH - Common | | | | | Partial Sale | 8/3 | K | A | |
| 98. | | | | | Partial Sale | 11/27 | K | D | |
| 99. | | | | | Partial Sale | 11/29 | K | E | |
| 100. | | | | | Sale | 12/13 | J | A | |
| 101. - AGIX - Common | | | | | Sell | 12/19 | K | A | |
| 102. - GNVC - Common | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 05/7/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - BCRX - Call Option Jan06 15 | | | | | Buy to Close | 1/9 | J | A | |
| 104. - DCEL - Common | | | | | | | | | |
| 105. - BCRX - Call Option Jun06 17.5 | | | | | Sell Short | 1/9 | J | | |
| 106. | | | | | Expired | 6/16 | J | D | |
| 107. - AGIX - Call Option Jul06 22.5 | | | | | Sell Short | 1/9 | J | | |
| 108. | | | | | Expired | 7/21 | J | D | |
| 109. - HD - Common | | | | | Buy | 2/27 | K | | |
| 110. | | | | | Sell | 9/6 | K | A | |
| 111. - RGBI - Common | | | | | Buy | 5/5 | K | | |
| 112. | | | | | Sell | 11/9 | J | A | |
| 113. - TEVA - Common | | | | | Buy | 8/2 | K | | |
| 114. - BCRX - Common | | | | | Buy | 8/9 | K | | |
| 115. | | | | | Buy | 8/17 | K | | |
| 116. - ALKS - Common | | | | | Buy | 9/28 | K | | |
| 117. - PMTI - Common | | | | | Buy | 11/10 | K | | |
| 118. - PMTI - Call Option Feb07 55 | | | | | Sell Short | 11/13 | J | | |
| 119. - CAB - Common | | | | | Buy | 12/4 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 05/7/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - HLF - Common | | | | | Buy | 12/6 | K | | |
| 121.  - KONG - ADR | | | | | Buy | 12/12 | K | | |
| 122.  - PIMCO Commodity Real Return Strategy Class D - Mutual Fund | | | | | Buy | 6/8 | K | | |
| 123.  QUALIFIED RETIREMENT PLAN #2 | B | Int./Div. | L | T | | | | | |
| 124.  - BRKB - Common Class B | | | | | | | | | |
| 125.  - Schwab Cash Equivalent Accounts | | | | | | | | | |
| 126.  - BAS - Common | | | | | Buy | 8/24 | K | | |
| 127.  Merrill Lynch Account | A | Interest | J | T | | | | | |
| 128.  Citibank Account | A | Interest | K | T | | | | | |
| 129.  Trust #1 | | UnfundedTrst | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 05/7/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII:

(a) In the description of assets the abbreviation ADR refers to American Depositary Receipts (shares of foreign companies trading on U.S. exchanges).

(b) Lines 12, 45, 95 and 125 are aggregated Schwab cash equivalent accounts containing one or more of the following: Schwab Municipal Money Fund Value Advantage; Schwab Money Fund Value Advantage, Schwab One Cash Account, and/or Schwab Cash Reserves. Some of these accounts were listed separately in previous FDR submissions. They are aggregated here per the 2006 Filing Instructions (page 37). These account balances change frequently as a result of securities purchases or sales, cash transfers, and dividends or interest received. Reporting all deposits/withdrawals to/from these accounts is impractical; the income received and ending values are shown as required in the non-retirement plan account (line 12).

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 05/7/2007 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____Date___5 / 11 / 0 7_____

NOTE: ANY _____ WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544